**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 24-CR-573-JDB** |
| **v.** | : | |
| | : | **VIOLATION:** |
| **ABRAHAM TEKLU LEMMA,** | : | |
| | : | **18 U.S.C. § 794(c)** |
| | : | **(Conspiracy to Communicate, Transmit,** |
| | : | **and Deliver National Defense Information** |
| | : | **to Aid a Foreign Government)** |
| **Defendant.** | : | |
| | : | |

## STATEMENT OF OFFENSE

Had this case proceeded to trial, the Government's evidence would have established beyond a reasonable doubt that:

1. Between 2019 and his arrest in August 2023, the defendant, ABRAHAM TEKLU LEMMA ("LEMMA"), worked as an information technology ("IT") contractor at various U.S. government agencies, including the National Reconnaissance Office, the U.S. Department of State, and the U.S. Department of Justice. In 2020, LEMMA was granted a TOP SECRET security clearance. In 2021, he was granted access to TOP SECRET/Sensitive Compartmented Information ("TS/SCI"). As a government contractor, LEMMA worked in a Sensitive Compartmented Information Facility ("SCIF") and regularly accessed highly classified information during the course of his work for the U.S. government, including national defense information and information classified up to the TS/SCI level. LEMMA was trained about the meaning of U.S. classification markings, including that material or information classified as TOP SECRET means that the unauthorized disclosure of that information could reasonably be expected to cause exceptionally grave damage to the national security; that material or information classified as SECRET means that the unauthorized disclosure of that information could reasonably be

expected to cause serious damage to the national security; and that material or information classified as CONFIDENTIAL means that the unauthorized disclosure of that information could reasonably be expected to cause damage to the national security.

2. As a TS/SCI security clearance holder and an IT professional working on classified computer systems, LEMMA was placed in a position of public trust and given access to numerous classified government computer systems and databases. For example, as an IT professional at the U.S. Department of State, LEMMA was trusted with and given access to many classified computer systems and databases, including databases that contained highly classified information belonging to other members of the U.S. intelligence community. As an IT professional with a TS/SCI security clearance, LEMMA also was given the administrative computer rights to move electronic data between classified and unclassified computer systems (colloquially referred to as "downdraft authority"). As a TS/SCI security clearance holder, LEMMA received training on the proper marking, handling, and storage of classified information; insider threat awareness; and the risk of being targeted by foreign intelligence services. During his employment with the U.S. government, LEMMA also signed numerous non-disclosure agreements ("NDAs") in which he agreed not to disclose classified information to unauthorized individuals. In many of those NDAs, LEMMA acknowledged that "the unauthorized disclosure . . . of [TS/]SCI by [him] could cause irreparable injury to the United States or be used to advantage by a foreign nation." LEMMA was aware that disclosing classified information, including national defense information, to someone unauthorized to receive it was illegal. LEMMA used his position of trust as an IT administrator with a TS/SCI security clearance to commit espionage.

3. Starting in 2021, LEMMA knowingly and willfully joined the conspiracy to commit espionage for the government of the Federal Democratic Republic of Ethiopia ("Ethiopia"), with several senior Ethiopian government officials ("EGOs"), who are identified as Officials 1 through 8 in the Indictment. *See* ECF No. 56 ¶ 12. Between at least June 2021 and continuing through the date of his arrest in August 2023, while working at the U.S. State Department and the U.S. Department of Justice, LEMMA began accessing, gathering, copying, printing, transmitting, and communicating classified and national defense material, including notes, maps, photographs, documents, and information classified up to the TS/SCI level, to his conspirators. This material included documents and information that was marked and identified by the U.S. government as TOP SECRET, SECRET and CONFIDENTIAL. LEMMA knew that the classified information that he agreed to gather, transmit, and communicate to the EGOs was closely held, was related to the national defense of the United States, and that the information could be used to the advantage of the government of Ethiopia.

4. Between 2021 and August 2023, LEMMA secretly collected and transmitted dozens of highly classified documents, notes, maps, and photographs, classified up to the TS/SCI level, to Ethiopian government officials. LEMMA passed many of these documents, maps, and photographs through an encrypted messaging application that he used to communicate with his conspirators. He also orally transmitted and discussed highly classified U.S. information to and with his EGO conspirators during phone calls, and he recorded those calls.

5. During the conspiracy, LEMMA regularly changed his mobile devices, numbers, and providers; used auto-delete for text messages; used an alias for himself and code names for his EGO conspirators; held in-person meetings in Ethiopia; and surreptitiously removed classified

documents and information from classified U.S. government computer systems. LEMMA removed electronic versions of classified documents and information from classified U.S. government computer systems by burning the material to electronic disks and then removing those electronic disks from the secure U.S government facilities where LEMMA worked. After burning the electronic disks, LEMMA then attempted to delete the digital evidence of his unauthorized removal of classified information from the U.S. government systems. LEMMA also handwrote notes with classified information, including national defense information, and then hand-carried those notes out of secure U.S. government facilities, including the SCIFs where he worked. On May 18, 2022, LEMMA informed an EGO that the information he transmitted to them was "TS," or "Top Secret," and that the information was sensitive.

6. Once he removed the classified information from secure U.S. government facilities, LEMMA maintained the classified information in his car (2021 BMW X5), in his home, and in electronic devices that were recovered by the government ("DEVICES"), which LEMMA agrees will be forfeited.

7. LEMMA's EGO conspirators tasked LEMMA with gathering the type of classified information they wanted. LEMMA also told his conspirators that he would attempt to access, steal, and send them the classified information they desired. LEMMA agrees that the facts and statements in paragraphs 18 through 68 of the Indictment filed in this case, *see* ECF No. 56, are accurate, and that he passed classified documents to the EGOs and discussed those documents' contents, including Documents A through M, as identified in the Indictment.

8. During the course of their conspiracy, LEMMA and the EGOs communicated about the classified and national defense information that was shared. On September 17, 2022,

LEMMA communicated via encrypted messaging application with one of his EGO conspirators and stated, "one target I sent you . . . they have been quiet and we do not see any movement." Lemma later stated, "You got him! He is found!" On August 2, 2023, LEMMA sent a document containing classified national defense information to multiple EGO conspirators, including a deputy director of an Ethiopian intelligence agency, senior officers in the Ethiopian military, and a senior Ethiopian government official.

9. In total, LEMMA sent hundreds of classified documents, notes, photographs, and maps to his conspirators, including documents, notes, photographs, and maps classified up to the TOP SECRET level. LEMMA sent these materials to his EGO conspirators in furtherance of their conspiracy to commit espionage and did so understanding that his actions were unlawful.

Respectfully submitted,

Jeanine Ferris Pirro
U.S. ATTORNEY

Date: September 30, 2026

By: /s/ Adam P. Barry
Adam P. Barry
Tejpal S. Chawla
Assistant United States Attorneys

KATHRYN DEMARCO
Trial Attorney
National Security Division

**Defendant's Acceptance**

I have read this Statement of Offense and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Statement of Offense and all matters relating to it. I fully understand this Statement of Offense and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to fully understand this Statement of Offense. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

09/30/2026
Date

ABRAHAM TEKLU LEMMA
Defendant

**Defense Counsel's Acknowledgment**

I am Abraham Teklu Lemma's attorney. I have reviewed every part of this Statement of Offense with him. It accurately and completely sets forth the Statement of Offense agreed to by the defendant, the Office of the United States Attorney for the District of Columbia, and the National Security Division.

9/30/26
Date

SPS
SABRINA P. SHROFF
Attorney for the Defendant